# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-09704-DOC (JEM) | Date | Dec. 26, 2019 |
|---|---|---|---|
| Title | Richard Steven Glover v. Andrew M. Saul | | |

**Present: The Honorable JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **(IN CHAMBERS) ORDER RE PLAINTIFF'S FAILURE TO FILE PROOF OF SERVICE**

    The Court notes that plaintiff has failed to file a proof of service.  Plaintiff is directed to the Court's Case Management Order (Dkt. 9) that requires Plaintiff to file a proof of service within 28 days after filing of the complaint.  The proof of service was due December 18, 2019.
    Accordingly, the Court ORDERS plaintiff to show cause in writing on or before **January 2, 2020**, why this action should not be dismissed for lack of prosecution.  The Order to Show Cause will be submitted upon the filing of plaintiff's response.  Plaintiff is advised that failure to file his proof of service or other response to this Order to Show Cause may result in the Court recommending that the case be dismissed for failure to prosecute pursuant to Federal Rules of Civil Procedure, Rules 4(l) and 4(m).

                                                                                                           :

Initials of Preparer            slo